

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00301-CR

**IN RE** Israel **LARA** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

On May 13, 2015, relator filed a petition for writ of mandamus. This court has determined that we do not have jurisdiction to consider relator's petition. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on May 27, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 11-1327-CR, styled *The State of Texas v. Israel Lara*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding.